| | |
|---|---|
| 1 | TRINETTE G. KENT (State Bar No. 222020) |
| 2 | 3219 E Camelback Road, #588 |
|   | Phoenix, AZ 85018 |
| 3 | Telephone:  (480) 247-9644 |
| 4 | Facsimile:  (480) 717-4781 |
|   | E-mail: tkent@lemberglaw.com |
| 5 | |
| 6 | Of Counsel to |
|   | Lemberg Law, LLC |
| 7 | 43 Danbury Road, 3rd Floor |
| 8 | Wilton, CT 06897 |
|   | Telephone:  (203) 653-2250 |
| 9 | Facsimile:  (203) 653-3424 |
| 10 | |
|    | Attorneys for Plaintiff, |
| 11 | Maria Thrasher |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVSION

| Maria Thrasher, | Case No.: 8:20-cv-02267-DOC-KES |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| GrubHub Inc. , | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Plaintiff Maria Thrasher and Defendant Grubhub Inc., by and through their attorneys, hereby stipulate to the dismissal of the above-captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorneys' fees.

| Plaintiff | Defendant |
|---|---|
| __/s/ Trinette G. Kent | __/s/ Meredith C. Slawe |
| TRINETTE G. KENT<br>Attorney for Plaintiff | MEREDITH C. SLAWE<br>Attorney for Defendant |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28