UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVSION

| | |
|---|---|
| Maria Thrasher,<br><br>                    Plaintiff,<br><br>     vs.<br><br>GrubHub Inc. ,<br><br>                    Defendant. | Case No.: 8:20-cv-02267-DOC-KES<br><br>**ORDER TO DISMISS [19]** |

Based on the Stipulation [19] of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date:___April 1, 2021_____

_____*David O. Carter*_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE